THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BANDELE BAAKO PRIOLEAU, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF UTAH, <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [11] REPORT AND RECOMMENDATION** <br><br> Case No. 2:22-cv-00227-DBB-DBP <br><br> District Judge David Barlow <br><br> Magistrate Judge Dustin B. Pead |

The Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on June 13, 2022 recommends that the district judge dismiss Plaintiff's action without prejudice.[1] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service.[2] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation is adopted.

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED. The action is DISMISSED WITHOUT PREJUDICE.

Signed June 29, 2022.

BY THE COURT

David Barlow
United States District Judge

---

[1] Report and Recommendation at 2, ECF No. 11, filed June 13, 2022.
[2] *Id.*